**No. 10-11200. Alexander Harvin, Petitioner v. Healthcare Funding Solutions, et al.**

565 U.S. 872, 132 S. Ct. 227, 181 L. Ed. 2d 126, 2011 U.S. LEXIS 6391.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 413 Fed. Appx. 180.